

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00235-CV

In the **MATTER OF J.D.H.M.**

From the 289th Judicial District Court, Bexar County, Texas
Trial Court No. 2011JUV00227
The Honorable Carmen Kelsey, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED March 19, 2014.

Marialyn Barnard